

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 16-307M |
| Plaintiff, | ORDER OF DETENTION |
| v. | |
| MEHRBAN ALI MOHAMMAD, | |
| Defendant. | |

I.

On February 16, 2016, the Defendant was arrested in this District pursuant to a warrant issued by the United States District Court for the Southern District of New York, based on an Indictment issued in case No. 02CRIM1319 charging Defendant with conspiracy to violate immigration laws, in violation of 8 U.S.C. § 1325(c), and requested a detention hearing in this district.

The Court conducted a detention hearing:

☒ On motion by the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

The Court concludes that the Government is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)(2)].

II.

The Court finds that no condition or combination of conditions will reasonably assure: ☒ the appearance of the defendant as required.

III.

The Court has considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device; (b) the weight of evidence against the defendant; (c) the history and characteristics of the defendant; and (d) the nature and seriousness of the danger to any person or the community. [18 U.S.C. § 3142(g)] The Court also considered all the evidence adduced at the hearing, the arguments of counsel, and the report and recommendation of the U.S. Pretrial Services Agency.

IV.

The Court bases its conclusions on the following:

As to risk of non-appearance:

- ☒ Defendant's status in the United States is that of an undocumented alien for whom there is outstanding warrant of deportation
- ☒ Defendant has no known community ties or bail resources in the charging district or in this district
- ☒ Defendant previously failed to appear in connection with a 1998 matter in which he was charged with conspiracy and bribery and release on a $50,000 appearance bond

As to danger to the community:

- ☒ Defendant previously fled while on bond.

V.

IT IS THEREFORE ORDERED that the defendant be detained until trial. The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant will be afforded reasonable opportunity for private consultation with counsel. On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined will deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. [18 U.S.C. § 3142(i)]

Dated: February 17, 2016

\_\_\_\_\_/s/_____
HON. ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE